Honorable Judge Mary L. Cooper, U.S.D.J.
U.S. District Court,
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street,
Trenton, NJ 08608.

ORDER

RE; Rutgers v. Moharram / Civil Action 06-5332 (MLC)

Dear Judge Cooper,

I have received a letter from Mr. Aron Schwartz, representative for Rutgers University, informing me of their action against on the claim of contempt of court due to a recent response I filed in NJ Superior Court in connection with my civil action against them.

I had been traveling overseas and returned very recently and came back with the flu for which I had to see a physician and from which I was bed-ridden for a couple of days after my return. As a result, I have been unable to prepare my response to the plaintiff's filing with your Honor. I am, respectfully requesting a delay of a couple of days to allow me to prepare my reply to their accusation and submit it to your Honor.

It is now 12:20pm on Monday April 7, 2008, which means I have only three more hours or so to submit my response. Could I request that your Honor's clerk reply to me by email at hmoharram@gmail.com to communicate your Honor's response to this request?

Also, I am finding this situation quite overwhelming and feel I need a lawyer to help me prepare my defense. I was informed that your Honor may be able to appoint a lawyer to assist me. If this is correct and in accordance with my rights under the law, I do request that please.

Thank you sincerely,

Hisham Moharram,
Pro Se.

EXTENSION GRANTED TO MONDAY, APRIL 14, 2008.

RECEIVED
APR - 7 2008
Chambers of
Cooper, U.S.D.J.

APRIL 7, 2008    SO ORDERED: _Mary L. Cooper_
                 MARY L. COOPER, U.S.D.J.